## (July 25, 1983)

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v HERBERT HOMER, Defendant. — Motion for permission to appeal denied, without costs, as unnecessary, since the order, being civil in character, is appealable as of right (*Matter of Hynes v Karassik,* 63 AD2d 597, affd 47 NY2d 659). Mahoney, P. J., Sweeney, Mikoll, Yesawich, Jr., and Levine, JJ., concur.

## (July 27, 1983)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN R. ROBINSON, Petitioner, v EVERETT W. JONES, as Superintendent of Great Meadow Correctional Facility, Respondent. — Application, pursuant to CPLR 7002 (subd [b], par 2), for writ of habeas corpus, denied. Main, J. P., Casey, Mikoll, Yesawich, Jr., and Weiss, JJ., concur.

■ In the Matter of OZZIE WILKINS, Petitioner, v EVERETT W. JONES, as Superintendent of Great Meadow Correctional Facility, et al., Respondents. — Application for permission to proceed as a poor person and for assignment of counsel, treated as an application pursuant to CPLR 5704 (subd [a]), denied (see *Matter of King v Gregorie,* 90 AD2d 922, mot for lv to app dsmd 58 NY2d 822). Mahoney, P. J., Mikoll, Yesawich, Jr., Weiss and Levine, JJ., concur.

■ In the Matter of CLAUDE CRUTCHER, Appellant, v NEW YORK STATE BOARD OF PAROLE, Respondent. — Motion to dismiss appeal granted, without costs. Appeal treated as application for relief pursuant to CPLR 5704 (subd [a]) and denied (see *Matter of King v Gregorie,* 90 AD2d 922, mot for lv to app dsmd 58 NY2d 822). Mahoney, P. J., Kane, Main and Levine, JJ., concur.